# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| **Donald Fuller** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-0057 |
| ) | |
| **Hannah Smith, et al.** ) | |
| ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Jeffrey Cohen, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 13, 2025, at 3:43 pm. I delivered these documents to Wen Shen in Queens County, NY on March 15, 2025 at 1:34 pm at 43-11 Robinson Street, 3F, Queens, NY 11355 by personal service by handing the following documents to an individual identified as Wen Shen.

Summons, Original Complaint, and Civil Cover Sheet

Asian Male, est. age 55-64, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7534822636,-73.8190924098
Photograph: See Exhibit 1

Total Cost: $115.00

My name is Jeffrey Cohen, I am 18 years of age or older, and my address is 1204 ave u, 1012, Brooklyn , NY 11229, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in <u>  Richmond County  </u>, <u>  NY  </u> on <u>  3/20/2025  </u>.

/s/ *Jeffrey Cohen*
_____
Jeffrey Cohen
+1 (929) 720-0549
Certification Number: 2117449-DCWP
Expiration Date: 2/28/2026

