AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-0057

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DBS Bank (Hong Kong) Limited
was received by me on *(date)*  02 August 2025    .

☒ I personally served the summons on the individual at *(place)*  DBS Bank (Hong Kong) Limited, The Center, 99 Queen's Road Central, Hong Kong   on *(date)*  06 August 2025   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date: 06 August 2025

Server's signature

FU PUN KWONG    (Process Server)
*Printed name and title*

Room 602, Kai Yue Commercial Centre, 2C, Argyle Street, Mongkok, Hong Kong
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Donald Fuller, )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:25-cv-0057
Hannah Smith, et al., )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DBS Bank (Hong Kong) Limited
11/F, The Center
99 Queen's Road Central
Central and Western District
Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marshal Hoda
The Hoda Law Firm, PLLC
3120 Southwest Fwy
Ste 101, PMB 51811
Houston TX 7709
marshal@thehodalawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/31/2025_____    *David A. O'Toole*
_____
*Signature of Clerk or Deputy Clerk*