UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Donald Fuller,<br><br>*Plaintiff*,<br><br>v.<br><br>Hannah Smith, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00057<br><br>**Plaintiff's Motion to Transfer Venue to the Northern District of Texas** |

Plaintiff Donald Fuller respectfully moves the Court for an order transferring this action to the United States District Court for the Northern District of Texas, Amarillo Division, pursuant to 28 U.S.C. § 1404(a), and shows as follows.

1. Venue is currently proper in this district; however, for the convenience of the parties and witnesses and in the interest of justice, transfer to the Northern District of Texas is warranted.

2. Plaintiff Donald Fuller resides in the Northern District of Texas, Amarillo Division. Relevant documents, witnesses, and evidence are located there.

3. Transferring this case will reduce travel burdens, lower litigation costs, and promote the efficient resolution of this matter.

- 2 -

For the foregoing reasons, Plaintiff Donald Fuller requests that the Court grant the relief described herein.

Dated: August 11, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THE HODA LAW FIRM, PLLC

　　　　　　　　　　　　　　　　　　　　_/s/ M. Hoda_

　　　　　　　　　　　　　　　　　　　　Marshal J. Hoda, Esq.
　　　　　　　　　　　　　　　　　　　　Tx. Bar No. 2411009
　　　　　　　　　　　　　　　　　　　　12333 Sowden Road, Suite B
　　　　　　　　　　　　　　　　　　　　PMB 51811
　　　　　　　　　　　　　　　　　　　　Houston, TX 77080
　　　　　　　　　　　　　　　　　　　　o. (832) 848-0036
　　　　　　　　　　　　　　　　　　　　marshal@thehodalawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*