IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD FULLER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:25-CV-00057 |
| HANNAH SMITH, *et al*, | § | JUDGE MARCIA A. CRONE |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

Before the Court is Plaintiff Donald Fuller's Motion to Transfer Venue to the United States District Court for the Northern District of Texas.

Having considered the motion and the record, and finding good cause,

IT IS THEREFORE ORDERED that this case is transferred to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, Amarillo Division, pursuant to 28 U.S.C § 1404(a).

Dated:  August 11, 2025                Prepared By:

THE HODA LAW FIRM, PLLC

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com
alex@thehodalawfirm.com

*Attorneys for Plaintiffs*