| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| DONALD FULLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | |
| § | |
| HANNAH SMITH, PZCOIN.COM, HARRY § | |
| KING LAW FIRM, ANTHONY ZHOU, § | |
| LIANTE INDUSTRIAL CO., LIMITED, § | CIVIL ACTION NO. 1:25-CV-57 |
| WEI SI, YCHEN TRADE CO., LIMITED, § | |
| FEN CHEN, WEN WEN TRADING, INC., § | |
| WEN SHEN, DBS BANK (HONG KONG) § | |
| LIMITED, YAN XU, and JOHN DOES § | |
| 1-20, § | |
| § | |
| Defendants. § | |

## ORDER

On March 28, 2025, Plaintiff Donald Fuller ("Fuller") filed his Complaint (#1) against Hannah Smith, PZCoin.com, Harry King Law Firm, Anthony Zhou, Liante Industrial Co., Limited, Wei Si, Ychen Trade Co., Limited, Fen Chen, Wen Wen Trading, Inc., Wen Shen, DBS Bank (Hong Kong) Limited ("DBS Bank"), Yan Xu, and John Does 1-20 (collectively "Defendants"), asserting causes of action against all Defendants for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") under 18 U.S.C. § 1962(c)-(d), conversion, and fraud, and against DBS Bank for aiding and abetting fraud and aiding and abetting conversion. The Complaint states that "venue is proper in this district pursuant to 28 U.S.C. § 1391(c)(3),

which provides that a foreign defendant may be sued in any judicial district."[1] The Complaint also states that Fuller is a resident of Canyon, Texas.

Subsequently, on August 11, 2025, Fuller filed a Motion to Transfer Venue (#7), wherein he requests that the court transfer the case to the Northern District of Texas, Amarillo Division, pursuant to 28 U.S.C. § 1404(a).  Fuller asserts that he resides in the Northern District of Texas, Amarillo Division.  Moreover, Fuller maintains that relevant documents, witnesses, and evidence are located there, and that transferring this case will reduce travel burdens, lower litigation costs, and promote the efficient resolution of this matter.

Fuller's Motion to Transfer Venue (#7) is therefore GRANTED.  Accordingly, the Clerk of the Court shall transfer this case to the Amarillo Division of the United States District Court for the Northern District of Texas.

SIGNED at Beaumont, Texas, this 18th day of August, 2025.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] The court notes, however, that § 1391(b)(3) only applies where "there is no district in which an action may otherwise be brought."  28 U.S.C. § 1391(b)(3); *Fitch v. Garland*, No. 24-40017, 2025 WL 304531, at *1 (5th Cir. Jan. 27, 2025).