UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Donald Fuller,<br><br>Plaintiff,<br><br>v.<br><br>Hannah Smith, an individual, PZcoin.io, a business association, Anthony Zhou, an individual, Harry King Law Firm, a business association, Liante Industrial Co., Limited,, a business entity, Wei Si, an individual, Ychen Trade Co., Limited, a business entity, Fen Chen, an individual, Wen Wen Trading, Inc., a business entity, Wen Shen, an individual, DBS Bank (Hong Kong) Limited, a business entity, Yan Xu, an individual, and John Does 1 – 20,<br><br>Defendants, | Case No. 1:25-cv-0057 |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendant DBS Bank (Hong Kong) Limited ("DBS") and Plaintiff Donald Fuller ("Plaintiff") (collectively, the "Parties") respectfully submit this Agreed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint, and in support of which respectfully shows as follows:

1.    Based on Plaintiff's "Proof of Service" filed August 8, 2025 (ECF No. 6) DBS's deadline to answer, move, or otherwise respond to the Complaint is August 27, 2025.

2.    On August 18, the Court entered an order granting Plaintiff's motion to change venue, transferring the case to the Northern District of Texas, Amarillo Division. ECF No. 8.

3.    The Parties have met and conferred, and, in light of preexisting schedules and commitments and recent developments in the matter (including the upcoming transfer of the case to a new district), the Parties have agreed to extend the deadline for DBS to answer, move, or otherwise respond to the Complaint by 14 days, from August 27 to September 10, 2025. There have been no previous requests to extend the deadline to answer, move, or otherwise respond.

4.    "District courts have discretion to grant extensions under Rule 6(b)(1)(A)." *Palmer v. Kirkwood*, 2020 WL 13905123, *1 (E.D. Tex. Dec. 23, 2020). "An application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Reed Migraine Ctrs. of Tex., PLLC v. Chapman*, 2020 WL 869888, *1 (N.D. Tex. Feb. 21, 2020).

5.    Accordingly, the Parties respectfully request that the Court grant the motion and enter the proposed order submitted herewith extending DBS' deadline to move, answer, or otherwise respond to the Complaint up to and including September 10, 2025.

This request is made without waiver of any rights, and DBS expressly reserves all rights, defenses, and objections, including but not limited to defenses related to personal jurisdiction, subject-matter jurisdiction, venue, sufficiency of process, and sufficiency of service of process.

Respectfully submitted,

DATED:  8/24/2025                                    */s/ Mason Parham*
                                                                    MASON PARHAM

        SIDLEY AUSTIN LLP
        MASON PARHAM

        2021 McKinney Avenue, Suite 2000
        Dallas, TX  75201
        Telephone:  214/981-3300
        214/981-3400 (fax)
        mparham@sidley.com

        Attorney for Defendant DBS Bank (Hong Kong) Limited


DATED:  8/24/2025                       */s/ Marshal J. Hoda*
                                      MARSHAL J. HODA

                                   THE HODA LAW FIRM, PLLC
                                   3120 Southwest Fwy
                                   Ste 101 PMB 51811
                                   Houston, TX 77098
                                   Telephone: 832/848-0036
                                   marshal@thehodalawfirm.com

                                   Attorney for Plaintiff

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), counsel for Defendant DBS Bank (Hong Kong) Limited conferred with counsel for Plaintiff on August 22, 2025, regarding the relief requested in this motion. Plaintiff's counsel stated that Plaintiff does not oppose the requested extension.

/s/ Mason Parham
Attorney for DBS Bank
(Hong Kong) Limited

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ Mason Parham
Attorney for DBS Bank
(Hong Kong) Limited
