UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Donald Fuller,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Hannah Smith, an individual, PZcoin.io, a business association, Anthony Zhou, an individual, Harry King Law Firm, a business association, Liante Industrial Co., Limited,, a business entity, Wei Si, an individual, Ychen Trade Co., Limited, a business entity, Fen Chen, an individual, Wen Wen Trading, Inc., a business entity, Wen Shen, an individual, DBS Bank (Hong Kong) Limited, a business entity, Yan Xu, an individual, and John Does 1 – 20,<br><br>　　　　　Defendants, | Case No. 1:25-cv-0057 |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the Court is Defendant DBS Bank (Hong Kong) Limited's and Plaintiff Donald Fuller's Agreed Motion for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint. Having considered the motion, and noting that it is agreed, the Court finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant DBS Bank (Hong Kong) Limited shall answer, move, or otherwise respond to the Complaint on or before September 10, 2025.

SO ORDERED.

Case 1:25-cv-00057-MAC	Document 10-1	Filed 08/25/25	Page 2 of 2 PageID #: 60