| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| DONALD FULLER,<br><br>         Plaintiff,<br><br>*versus*<br><br>HANNAH SMITH, PZCOIN.COM, HARRY KING LAW FIRM, ANTHONY ZHOU, LIANTE INDUSTRIAL CO., LIMITED, WEI SI, YCHEN TRADE CO., LIMITED, FEN CHEN, WEN WEN TRADING, INC., WEN SHEN, DBS BANK (HONG KONG) LIMITED, YAN XU, and JOHN DOES 1-20,<br><br>         Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CIVIL ACTION NO. 1:25-CV-57 |

## ORDER

The parties' Agreed Motion For Extension of Time (#10) is GRANTED. Accordingly, Defendant DBS Bank (Hong Kong) Limited shall answer or otherwise respond to the Complaint (#1) on or before September 10, 2025.

SIGNED at Beaumont, Texas, this 26th day of August, 2025.

                                        *Marcia A. Crone*
                                        MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE